DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MARCUS JAMES YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2270

————————————————

March 27, 2026

Appeal from the Circuit Court for Hillsborough County; Robin Fusion, Judge.

Blair Allen, Public Defender, Bartow; and Jonathan Edwin Mills, Special Assistant Public Defender, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.